to use the record in *Barenblatt* v. *United States,* No. 742, October Term, 1956 [354 U. S. 930], are granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application and motion. *Edward J. Ennis, Osmond K. Fraenkel, Barent Ten Eyck* and *David Scribner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins, Philip R. Monahan* and *Doris H. Spangenburg* for the United States.

No. 811. WILLIAMS ET UX. *v.* LEE, DOING BUSINESS AS GANADO TRADING POST. Supreme Court of Arizona. Certiorari granted. The Solicitor General is invited to file a brief setting forth the views of the United States. *Norman M. Littell, Frederick Bernays Wiener* and *Laurence Davis* for petitioners.

No. 219. EDWARDS *v.* DOCTORS HOSPITAL, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Irving Lemov* for petitioner. *Oscar A. Thompson* and *Patrick E. Gibbons* for Doctors Hospital, Inc., respondent.

No. 814. CHANDLER *v.* BROWN ET AL. Supreme Court of Texas and the Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. *T. S. Christopher* for petitioner. *Davis Scarborough* for Brown, and *Boyd Laughlin* for Davis et al., respondents.

No. 818. BLUMENFELD *v.* HARRIS ET AL., DOING BUSINESS AS HARRIS BROTHERS. Court of Appeals of New York. Certiorari denied. *Frederick Posses* for petitioner.